[No. 60436-8-I.   Division One.   June 2, 2008.]

KRISTINE V. COCKER, *Respondent*, v. GARY N. COCKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-3-04361-1, Richard McDermott, J., entered July 19, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 60634-4-I.   Division One.   June 2, 2008.]

MANAGEMENT RECRUITERS OF LYNDEN, INC., *Appellant*, v. CUSTOM GLASS DISTRIBUTORS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-2-01186-9, Ira Uhrig, J., entered August 24, 2007. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Becker, J.